UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- X

KYESHIA LEGARE,

Plaintiff,

-v-

ANDREW M. GIGA, et al.,

Defendant.

---------------------------------------- X

26cv3577(DLC)

ORDER

DENISE COTE, District Judge:

Plaintiff filed the complaint in this action on April 30, 2026. Defendants' deadline to respond to the complaint is July 22. On July 14, plaintiff filed a letter request for leave to file an Amended Complaint and an adjournment of the Initial Pretrial Conference, currently scheduled for July 24, to a date after the filing of the Amended Complaint and defendants' response thereto. Defendants consent to both requests. Accordingly, it is hereby

ORDERED that plaintiff's request for leave to file an Amended Complaint is granted. Plaintiff shall file its Amended Complaint by **July 28, 2026.**

IT IS FURTHER ORDERED that defendants must answer or otherwise respond to the Amended Complaint by **August 18, 2026.** In the event defendants move to dismiss the Amended Complaint, plaintiff shall file a Third Amended Complaint or any opposition to the motion to dismiss by **September 4, 2026.** It is unlikely

that plaintiff will have further opportunity to amend. If an opposition is filed, any reply in further support of the motion to dismiss is **due September 18, 2026.** At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that the initial pretrial conference currently scheduled for July 24, 2026 is adjourned **September 25, 2026 at 2:30 P.M.**

Dated: New York, New York
July 15, 2026

DENISE COTE
United States District Judge