UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KYESHIA LEGARE,

Plaintiff,

-v-

ANDREW M. GIGA, et al.,

Defendants.

26cv3577(DLC)

ORDER

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the initial pretrial conference currently scheduled for **September 25, 2026 at 2:30 P.M.** is cancelled.

Dated: New York, New York
September 24, 2026

DENISE COTE
United States District Judge